# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

KALE VORAK,

        *Plaintiff*

v.

JOHN SERVATIUS and CHUCK PRATHER,

        *Defendant*

Civil Action No. 2:13-CV-335-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** this matter having come on for hearing before the Honorable Salvador Mendoza, Jr. and Defendants' Motion for Summary Judgment being granted; judgment is hereby entered in favor of Defendants John Servatius and Chuck Prather.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: December 4, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb